UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

APRIL M. WILLIAMS, individually, and
on behalf of all others similarly situated,

      Plaintiff,

v.

TAX DEFENSE NETWORK, LLC d/b/a
MONEYSOLVER,

      Defendant.

Civil Action No. 2:20-cv-00312

**NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Tax Defense Network, LLC d/b/a MoneySolver ("Defendant"), by and through

its undersigned counsel of record, hereby files this notice of an automatic extension of time for

Defendant to respond to Plaintiff's Complaint, through and including October 21, 2020.   In

support, Defendant states as follows:

1.      The deadline for Defendant to respond to Plaintiff's Complaint has not previously

been extended.

2.      The extension is for 28 days.

3.      The original deadline for Defendant to respond to Plaintiff's Complaint is

September 23, 2020.

4.      The extended deadline is therefore October 21, 2020.

5.      Plaintiff's counsel has agreed to the extension.

*[Signature page follows]*

Respectfully submitted this 22nd day of September 2020.

KABAT CHAPMAN & OZMER LLP

*s/ Ryan D. Watstein*
Ryan D. Watstein (*pro hac vice*)
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Phone: (404) 400-7300
Facsimile: (404) 400-7333
rwatstein@kcozlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, I filed electronically the foregoing documents with the Clerk of Court using the CM/ECF system which will send notification of such filing to Plaintiff's counsel of record at the below address:

Mohammed O Badwan
Sulaiman Law Group Ltd
2500 S Highland Avenue
Suite 200
Lombard, Illinois 60148

*s/ Ryan D. Watstein*
Ryan D. Watstein