**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| APRIL M. WILLIAMS, individually, and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>TAX DEFENSE NETWORK, LLC d/b/a MONEYSOLVER,<br><br>　　Defendant. | Case No. 2:20-cv-00312-TLS-JPK<br><br>Honorable Judge Theresa L. Springmann<br><br>Magistrate Judge Joshua P. Kolar |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that APRIL M. WILLIAMS ("Plaintiff") and TAX DEFENSE NETWORK, LLC d/b/a MONEYSOLVER ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: January 22, 2021

Respectfully submitted,

APRIL M. WILLIAMS

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

1