# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| APRIL M. WILLIAMS, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAX DEFENSE NETWORK, LLC d/b/a MONEYSOLVER,<br><br>Defendant. | Case No. 2:20-cv-00312-JD-JPK<br><br>Honorable Judge Jon E DeGuilio<br><br>Magistrate Judge Joshua P. Kolar |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, APRIL M. WILLIAMS, and Defendant, TAX DEFENSE NETWORK, LLC d/b/a MONEYSOLVER, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's individual claims against TAX DEFENSE NETWORK, LLC d/b/a MONEYSOLVER. The parties further stipulate to the dismissal of the class claims without prejudice pursuant to Fed. R. Civ. P. 23(e). Each party to bear its own attorney's fees and costs.

Dated: February 25, 2021

| | |
|---|---|
| */s/ Mohammed O. Badwan*<br>Mohammed O. Badwan<br>Sulaiman Law Group Ltd.<br>2500 S. Highland Ave., Ste. 200<br>Lombard, Illinois 60148<br>Telephone: (630) 575-8180<br>mbadwan@sulaimanlaw.com<br><br>*Counsel for Plaintiff* | */s/ Ryan D. Watstein*<br>Ryan D. Watstein (*pro hac vice*)<br>Kabat Chapman & Ozmer LLP<br>171 17th Street NW, Suite 1550<br>Atlanta, Georgia 30363<br>Telephone: (404) 400-7300<br>rwatstein@kcozlaw.com<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I filed the foregoing **JOINT STIPULATION OF DISMISSAL** using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

By: */s/ Mohammed O. Badwan*
Mohammed O. Badwan

*Attorney for Plaintiff*